**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**District Judge Gordon P. Gallagher**

Civil Action No. 26-cv-04786-GPG

ALVARO ADRIAN TELLEZ GONZALEZ,

Petitioner,

v.

JUAN BALTAZAR,
*Warden of Aurora Detention Center,*
MARKWAYNE MULLIN,
*Secretary of DHS,*
DAVID VENTURELLA,
*Director of ICE,*

Respondent(s).

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order(s) [D. 4; D. 10] entered by United States District Judge Gordon P. Gallagher and supplemented by the Status Report(s) [D. 9; D. 13] filed by Respondent(s), it is

ORDERED that the Application for Writ of Habeas Corpus [D. 1] was granted in part [D. 4], it is further

ORDERED that Respondent(s) has/have complied with the Order(s) [D. 4; D. 9] and Petitioner was denied bond. It is further

ORDERED that judgment is entered in favor of Petitioner and against Respondent(s) pertaining to Habeas Petition. It is further

ORDERED that this case is closed.

DATED at Grand Junction, Colorado, this 13th day of November 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk
By: s/D. Clement
Deputy Clerk